UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MUSLIM ADVOCATES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:17-cv-00813-TSC |
| DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) | |
| Defendant. | ) ) | |

### TENTH JOINT STATUS REPORT

The following events have taken place in this case since the filing on February 26, 2019, of the ninth joint status report:

1. U.S. Customs and Border Protection (CBP), a component of defendant Department of Homeland Security, took the following actions on March 7, 2019, with respect to the 1,115 pages it had processed since its next previous release: produced 282 pages with redactions pursuant to FOIA Exemptions 6, 7(C) and/or 7(E); withheld 240 pages in their entirety pursuant to FOIA Exemptions 5, 6, 7(C) and/or 7(E); did not produce 17 pages as duplicative; and determined that 576 pages were non-responsive to the request of plaintiff Muslim Advocates.  CBP also produced "documents containing aggregate statistics consisting of country of birth and citizenship data for the time periods January 27-February 12, 2017, and March 2-March 5, 2017, as discussed in the Ninth Joint Status Report," *see* ECF No. 49 at 3.

2. CBP took the following actions on April 5, 2019, with respect to the 916 pages and 12 electronic records it had processed since its next previous release (the 12 electronic records could not be converted readily into a page count): produced 289 pages with redactions pursuant to

FOIA Exemptions 6, 7(C), and or 7(E); withheld 90 pages in their entirety pursuant to FOIA Exemptions 5, 6, 7(C), and/or 7(E); did not produce 44 pages as duplicative; and determined that 493 pages and the 12 electronic records were not responsive to plaintiff's request.

Respectfully submitted,

By: *s/ Sirine Shebaya* (by email authorization)
Jonathan A. Langlinais, DC Bar 1046832
Emily L. Chapuis, DC Bar 1017600
JENNER & BLOCK LLP
1099 New York Avenue, N.W., Suite 900
Washington, D.C. 20001
Tel: (202) 637-6380/Fax: (202) 639-6066
Email: JALanglinais@jenner.com

Amir H. Ali, DC Bar 1019681
THE RODERICK & SOLANGE MACARTHUR JUSTICE CENTER
777 6th Street, N.W.
Washington, D.C. 20001
Tel: (202) 869-3434
Email: amir.ali@macarthurjustice.org

Sirine Shebaya, DC Bar 1019748
MUSLIM ADVOCATES
P.O. Box 34440
Washington, D.C. 20043
Tel: (202) 897-2622/Fax: (202) 508-1007
Attorneys for Plaintiff


JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

|  |  |
|---|---|
|  | s/ *David M. Glass* |
|  | DAVID M. GLASS, DC Bar 544549 |
|  | Senior Trial Counsel |
|  | Department of Justice, Civil Division |
|  | 1100 L Street, N.W., Room 12020 |
|  | Washington, D.C.  20530 |
|  | Tel: (202) 514-4469/Fax: (202) 616-8460 |
|  | E-mail: david.glass@usdoj.gov |
| Dated: April 26, 2019 | Attorneys for DHS and CBP |

## CERTIFICATE OF SERVICE

I hereby certify I served the within report on all counsel of record by filing it with the Court by means of its ECF system on April 26, 2019.

s/ *David M. Glass*