UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MUSLIM ADVOCATES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF HOMELAND ) <br> SECURITY, ) <br> ) <br> Defendant. ) | No. 1:17-cv-00813-TSC |

## FIFTEENTH JOINT STATUS REPORT

The following events have taken place in this case since the filing on January 5, 2020, of the fourteenth joint status report:

1  The parties began discussing the completed productions in this case on February 10, 2020.

2.  Plaintiff Muslim Advocates advised defendant Department of Homeland Security by email dated April 17, 2020, that it was not going to bring further challenges to the productions in this case; that it was in the process of assembling its documentation for a fee request; and that it would share those materials with defendant when they were complete.

The parties recommend in view of the foregoing that they be directed to file another joint status report not later than June 24, 2020, unless they are able to file a stipulation of dismissal before then.  A proposed order is attached.

                        Respectfully submitted,

                        Jonathan A. Langlinais, DC Bar 1046832
                        Emily L. Chapuis, DC Bar 1017600
                        JENNER & BLOCK LLP
                        1099 New York Avenue, N.W., Suite 900
                        Washington, D.C.  20001
                        Tel: (202) 637-6380/Fax: (202) 639-6066
                        Email: JALanglinais@jenner.com

                        Amir H. Ali, DC Bar 1019681
                        THE RODERICK & SOLANGE MACARTHUR
                        JUSTICE CENTER
                        777 6th Street, N.W.
                        Washington, D.C.  20001
                        Tel: (202) 869-3434
                        Email: amir.ali@macarthurjustice.org

                        *s/ Matthew W. Callahan* (by email authorization)
                        Matthew W. Callahan, DC Bar 888324879
                        MUSLIM ADVOCATES
                        P.O. Box 34440
                        Washington, D.C.  20043
                        Tel: (202) 897-2622/Fax: (202) 508-1007
                        Email: matthew@muslimadvocates.org
                        Attorneys for Plaintiff


                        JOSEPH H. HUNT
                        Assistant Attorney General

                        ELIZABETH J. SHAPIRO
                        Deputy Director

                        s/ *David M. Glass*
                        DAVID M. GLASS, DC Bar 544549
                        Senior Trial Counsel
                        Department of Justice, Civil Division
                        1100 L Street, N.W., Room 12020
                        Washington, D.C.  20530
                        Tel: (202) 514-4469/Fax: (202) 616-8460
                        E-mail: david.glass@usdoj.gov
Dated: April 24, 2020        Attorneys for DHS and CBP

## CERTIFICATE OF SERVICE

I hereby certify I served the within report on all counsel of record by filing it with the Court by means of its ECF system on April 24, 2020.

                                          s/ *David M. Glass*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MUSLIM ADVOCATES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 1:17-cv-00813-TSC |
| ) | |
| **DEPARTMENT OF HOMELAND** ) | |
| **SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon the Fifteenth Joint Status Report and good cause being shown, it is ordered that the parties file another joint status report not later than June 24, 2020, unless they are able to file a stipulation of dismissal before then.

Dated: _____        _____
                               UNITED STATES DISTRICT JUDGE