UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MUSLIM ADVOCATES,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **DEPARTMENT OF HOMELAND** ) <br> **SECURITY,** ) <br> ) <br> Defendant. ) <br> ) | No. 1:17-cv-00813-TSC |

## TWENTY-FIRST JOINT STATUS REPORT

Plaintiff Muslim Advocates and defendant Department of Homeland Security continue to exchange settlement proposals. The parties will file another joint status report or a stipulation of dismissal on or before December 23, 2020, as required by the minute order dated April 28, 2020.

Respectfully submitted,

Jonathan A. Langlinais, DC Bar 1046832
Emily L. Chapuis, DC Bar 1017600
JENNER & BLOCK LLP
1099 New York Avenue, N.W., Suite 900
Washington, D.C.  20001
Tel: (202) 637-6380/Fax: (202) 639-6066
Email: JALanglinais@jenner.com

Amir H. Ali, DC Bar 1019681
THE RODERICK & SOLANGE MACARTHUR
JUSTICE CENTER
777 6th Street, N.W.
Washington, D.C.  20001
Tel: (202) 869-3434
Email: amir.ali@macarthurjustice.org

        *s/ Matthew W. Callahan* (by email authorization)
        Matthew W. Callahan, DC Bar 888324879
        MUSLIM ADVOCATES
        P.O. Box 34440
        Washington, D.C. 20043
        Tel: (202) 897-2622/Fax: (202) 508-1007
        Email: matthew@muslimadvocates.org
        Attorneys for Plaintiff


        JEFFREY BOSSERT CLARK
        Acting Assistant Attorney General

        ELIZABETH J. SHAPIRO
        Deputy Director

        s/ *David M. Glass*
        DAVID M. GLASS, DC Bar 544549
        Senior Trial Counsel
        Department of Justice, Civil Division
        Federal Programs Branch
        1100 L Street, N.W., Room 12020
        Washington, D.C. 20530
        Tel: (202) 514-4469/Fax: (202) 616-8460
        E-mail: david.glass@usdoj.gov
Dated: November 23, 2020        Attorneys for Defendant