UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MUSLIM ADVOCATES,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | No. 1:17-cv-00813-TSC |

## TWENTY-THIRD JOINT STATUS REPORT

The parties have reached agreement on one of the terms of their proposed settlement and are discussing the remainder of the terms. The parties will file another joint status report or a stipulation of dismissal on or before February 22, 2021, as required by the minute order dated April 28, 2020.

                                                          Respectfully submitted,

Dated: January 22, 2021            Jonathan A. Langlinais, DC Bar 1046832
                                                    Emily L. Chapuis, DC Bar 1017600
                                                    JENNER & BLOCK LLP
                                                    1099 New York Avenue, N.W., Suite 900
                                                    Washington, D.C.  20001
                                                    Tel: (202) 637-6380/Fax: (202) 639-6066
                                                    Email: JALanglinais@jenner.com

                                                    Amir H. Ali, DC Bar 1019681
                                                    THE RODERICK & SOLANGE MACARTHUR
                                                    JUSTICE CENTER
                                                    777 6th Street, N.W.
                                                    Washington, D.C.  20001
                                                    Tel: (202) 869-3434
                                                    Email: amir.ali@macarthurjustice.org

*s/ Matthew W. Callahan* (by email authorization)
Matthew W. Callahan, DC Bar 888324879
MUSLIM ADVOCATES
P.O. Box 34440
Washington, D.C.  20043
Tel: (202) 897-2622/Fax: (202) 508-1007
Email: matthew@muslimadvocates.org
Attorneys for Plaintiff


BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

s/ *David M. Glass*
DAVID M. GLASS, DC Bar 544549
Senior Trial Counsel
Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, N.W., Room 12020
Washington, D.C.  20530
Tel: (202) 514-4469/Fax: (202) 616-8460
E-mail: david.glass@usdoj.gov
Attorneys for Defendant