**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MUSLIM ADVOCATES, )<br><br>Plaintiff, )<br><br>v. )<br><br>DEPARTMENT OF HOMELAND )<br>SECURITY, )<br><br>Defendant. ) | No. 1:17-cv-00813-TSC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the undersigned pursuant to Fed. R.

Civ. P. 41(a)(1)(A)(ii) that this action be, and it hereby is, dismissed with prejudice.

Dated:  March 17, 2021

Jonathan A. Langlinais, DC Bar 1046832
Emily L. Chapuis, DC Bar 1017600
JENNER & BLOCK LLP
1099 New York Avenue, N.W., Suite 900
Washington, D.C.  20001
Tel: (202) 637-6380/Fax: (202) 639-6066
Email: JALanglinais@jenner.com

Amir H. Ali, DC Bar 1019681
THE RODERICK & SOLANGE MACARTHUR
JUSTICE CENTER
777 6th Street, N.W.
Washington, D.C.  20001
Tel: (202) 869-3434
Email: amir.ali@macarthurjustice.org

_s/ Matthew W. Callahan_ (by email authorization)
Matthew W. Callahan, DC Bar 888324879
MUSLIM ADVOCATES
P.O. Box 34440
Washington, D.C.  20043
Tel: (202) 897-2622/Fax: (202) 508-1007
Email: matthew@muslimadvocates.org
Attorneys for Plaintiff

Dated: March 17, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

s/ _David M. Glass_
DAVID M. GLASS, DC Bar 544549
Senior Trial Counsel
Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, N.W., Room 12020
Washington, D.C.  20530
Tel: (202) 514-4469/Fax: (202) 616-8460
E-mail: david.glass@usdoj.gov
Attorneys for Defendant